Mark Lapham (SBN 146352)
751 Diablo Rd.
Danville, CA 94526
Phone 925-837-9007
Email marklapham@sbcglobal.net
Propose Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IN RE:

**818 GREEN STREET LLC,**
      Debtor.

Case No.: 14-42286 WJL

Chapter 11

**APPLICATION FOR EMPLOYMENT OF ATTORNEY FOR DEBTOR AND DEBTOR IN POSSESSION**

818 GREEN STREET LLC, Debtor and Debtor in possession herein, respectfully represents:

1. On May 26, 2014, Debtor filed a petition for reorganization under Chapter 11 of the Bankruptcy Code.
2. Debtor wishes to employ The Law Offices of Mark Lapham, ("Attorney"), to assist with the preparation of Debtor's Chapter 11 Petition, preparation of schedules, to provide advice and counseling as to the bankruptcy proceedings, respond to court documents and pleadings, to prepare a Chapter 11 plan and disclosure statement, to attend court hearings on Debtor behalf, and to prepare a final decree.
3. Debtor's have selected this attorney for the reason that the Attorney has agreed to assist Debtor with this bankruptcy filing and will be able to advise Debtor on obligations during this bankruptcy proceeding.
4. To the best of Debtor's knowledge, neither Attorney nor any member of his office has any interest adverse in this case or in any of the matters upon which he is to be engaged, and Debtor believe attorney's employment would be in the best interests of this estate. Further, neither Attorney nor any member of his office is an insider, has or holds any interests of ours,

- 1

is related to Debtor in any way except as Debtor's attorney, and otherwise has no stake in Debtor's assets or liabilities. Furthermore, neither Attorney nor any member of his staff is related to Debtor, Debtor's accountants or attorneys, except as Debtor's attorney, or to debtor's creditors, their respective attorneys or accountants, or to the U.S. trustee, the trustee's staff or members of its office, or any other party in interest.

WHEREFORE, Debtor pray that Debtor be authorized to employ Mark Lapham as attorney and that Debtor have further relief as is just.

Respectfully submitted,
June 9, 2014

/S/ Harry Nguyen
Managing member for DEBTOR

- 2 -