Mark Lapham (SBN 146352)
751 Diablo Rd.
Danville, CA 94526
Phone 925-837-9007
Email marklapham@sbcglobal.net
Propose Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IN RE:

**818 GREEN STREET LLC,**
    **Debtor.**

Case No.: 14-42286 WJL

Chapter 11

**ATTORNEY DISCLOSURE STATEMENT**

I, Mark Lapham, declare:

1. I am an attorney at law licensed to practice before all the courts of this State and this Court.
2. I have agreed to work on a pro-bono basis for the debtor for the reason that I am a personal friend of the managing member of the debtor, Mr. Harry Nguyen. The debtor has agreed to pay for all non-attorney fees and expenses. I have not and will not be advancing any funds on behalf of debtor.
3. I have not shared nor agreed to share my compensation with anyone.
4. The services to be rendered are all ordinary and necessary legal services in connection with representing the debtor in its Chapter 11 case. The services do not include preparation and consultation of monthly operating statements or any tax advice relating to those statements.
5. Neither myself nor any member of my office is an insider, has or holds any interests of debtor's, is related to debtor in any way except as debtor's attorney, and otherwise has no stake in debtor's assets or liabilities. Further, neither I nor any member of my staff is related to debtor, its accountants or attorneys, except as debtors attorney, or to debtor's

- 1

creditors, their respective attorneys or accountants, or to the U.S. trustee, the trustee's staff or members of its office, or any other party in interest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2014.

/S/ Mark Lapham
Proposed Attorney for Debtor