TRACY HOPE DAVIS
United States Trustee for Region 17
U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California  94612-5231
Email: maggie.mcgee@usdoj.gov
Telephone:  (510) 637-3200
By:    MARGARET H. MCGEE (SBN 142722)
       Trial Attorney

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:                                          )          Case No. 14-42286 WJL
                                                )
                                                )          Chapter 11
                                                )
818 GREEN STREET LLC,                           )
                                                )
                                                )
                                                )
                    Debtor.                     )
                                                )
                                                )
_____ )

## UNITED STATES TRUSTEE'S OBJECTION TO APPLICATION FOR EMPLOYMENT OF ATTORNEY FOR DEBTOR AND DEBTOR IN POSSESSION

Tracy Hope Davis, the United States Trustee for Region 17, objects to the "Application For Employment Of Attorney For Debtor And Debtor In Possession" ("Application") which seeks to employ Mark Lapham ("Proposed Counsel") for the reasons set forth below:

1.       Paragraph 3 of the Application provides that Debtor has selected Proposed Counsel because Proposed Counsel has agreed to assist Debtor and will be able to advise Debtor of its bankruptcy responsibilities.  Neither the Application nor the "Attorney Disclosure Statement" ("Declaration") state in any detail Proposed Counsel's experience in Chapter 11 cases.  A review of PACER for the Northern District of California indicates that Proposed

Counsel's bankruptcy practices has been overwhelmingly in Chapter 7 and 13 cases. Of the Two chapter 11 cases where Proposed Counsel is the attorney of record on PACER, Proposed Counsel was terminated and the case (12-33232) was dismissed before confirmation and in the other case (09-32219) Proposed Counsel represented a creditor. Case law in this area makes clear that chapter 11 bankruptcy practice is a highly specialized area, for which an attorney must have expert knowledge. *In re Doors and More, Inc.*, 126 B.R. 43 at 45-46 (Bankr. E.D. Mich., 1991). Proposed Counsel's Application fails to demonstrate that he possess the expert knowledge required of a Chapter 11 counsel. The United States Trustee objects to Proposed Counsel's employment without additional information being provided that would indicate he has the required experience.

2. The employment agreement between Debtor and Proposed Counsel was not attached to the Application as required by section 2.1.2 of the United States Trustee Guidelines ("Guidelines"), published on the United States Bankruptcy Court for the Northern District of California's website. The United States Trustee reserves the right to raise further objections, if necessary, once the above information is provided.

3. Paragraph 2 of the Declaration provides that: (i) Proposed Counsel is representing Debtor on a pro bono basis; (2) the Debtor has agreed to pay for all non-attorney expenses; and (iii) that Proposed Counsel will not be advancing any funds on behalf of the Debtor. Given that Proposed Counsel will not be advancing any funds for costs, the Application should amended to clarify how the payment of costs will be handled.

4. Debtor failed to serve a copy of the proposed order authorizing the Proposed Counsel's employment on the United States Trustee as required by Guideline 2.1 of Region 17 United States Trustee Guidelines found at www.justice.gov/ust/r17/docs/general/ guidelines. If the Court determines that the Proposed Counsel's employment should be approved, the United

///

Case: 14-42286    Doc# 13    Filed: 06/19/14    Entered: 06/19/14 16:12:50    Page 2 of 3

States Trustee must have the opportunity to review this order and to raise any appropriate objections to it, if necessary.

5.   Debtor filed its petition on May 26, 2014 and there has been no designation of a responsible person for Debtor.

For all of the above reasons, the United States Trustee requests that Debtor's Application not be approved.

Dated:  June 19, 2014

TRACY HOPE DAVIS
UNITED STATE TRUSTEE

     /s/Margaret H. McGee          /
MARGARET H. MCGEE
Trial Attorney
Office of the United States Trustee,
Oakland Division

Case: 14-42286   Doc# 13   Filed: 06/19/14   Entered: 06/19/14 16:12:50   Page 3 of 3