Mark Lapham (SBN 146352)
751 Diablo Rd.
Danville, CA 94526
Phone 925-837-9007
Email marklapham@sbcglobal.net
Proposed Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| IN RE:<br><br>**818 GREEN STREET LLC,**<br>Debtor. | Case No.: 14-42286 WJL<br><br>Chapter 11<br><br>**APPLICATION FOR THE DESIGNATION OF A RESPONSIBLE INDIVIDUAL** |

TO THE COURT, THE TRUSTEE AND OTHER INTERESTED PARTIES:
DEBTOR, **818 GREEN STREET LLC**, hereby designates the following person as the responsible individual:

Harry Nguyen
2004 WEST LAGOON RD.
PLEASANTON, CA 94566
Phone:         510-825-6638
Position:       Managing Member


Date: June 20, 2014
/s/MARK LAPHAM
Proposed Attorney for Debtor

- 1