Mark Lapham (SBN 146352)
751 Diablo Rd.
Danville, CA 94526
Phone 925-837-9007
Email marklapham@sbcglobal.net
Proposed Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IN RE:

**818 GREEN STREET LLC,**
    Debtor.

Case No.: 14-42286 WJL 11

STATUS CONFERENCE STATEMENT

Date: July 9, 2014
Time: 10:30 PM
Judge William J. Lafferty III

Street Address:
1300 Clay Street, Suite 300
Oakland, CA 94612

    Debtor herein, 818 GREEN STREET LLC, by and through its proposed attorney MARK LAPHAM, for and as its Status Conference Statement, states as follows:

1. Because of a conflict of schedule for another pre-existing court appearance, the proposed attorney Mark Lapham will not be able to attend the status conference and hereby submit to the court's decision on this status conference statement, or respectfully in the alternative, ask the Court to continue this status conference to July 16 at 10:30 AM or the next earliest available date.

2. Debtor filed this Chapter 11 petition on May 26, 2014.

3. Debtor is a single asset real estate entity. Its sole asset is a 3-unit apartment building known as 818-820 GREEN STREET, SAN FRANCISCO, CA 94108 ("Property"). Debtor has been the title owner of Property since 2009. Property is encumbered with

- 1 -

seven deeds of trusts for a total of $3,162,699. The Property is located in the Russian Hill area of San Francisco which is a desirable area with an active market for both sales and rental. The market value of the Property is $3,500,000 based on comparables and broker price opinions.

4. Debtor is attempting to negotiate with the secured creditors for a stipulated reorganization plan, in particular with JPMorgan Chase Bank which holds the senior deed of trust in the amount of $2,258,442. Debtor expects to file a proposed reorganization plan within 60 days of filing of petition, or in the alternative should it appears to debtor that a plan is not feasible, debtor may consider converting the case to Chapter 7.

5. Based on information and belief, several of the deed of trusts recorded against the Property may be unsupported by consideration. Debtor is considering whether to commence proceedings to remove and canceled those deeds of trusts.

6. Based on information and belief, the prior title owner, after transferring title of Property to debtor, caused additional grant deeds to be recorded without consideration. Debtor is considering whether to commence proceedings to quiet title to remove those clouds on the title.

7. The proposed attorney Mark Lapham had filed an application for appointment as attorney on June 9, 2014. But the Office of the U.S. Trustee had filed an objection to this application on June 19. Mark Lapham had filed an amended declaration in support of application for appointment as attorney on July 1, 2014 as doc# 16 on the docket to address all of the issues raised by the Trustee.

8. Debtor had completed the 341 creditor's meeting on June 30, 2014. At the creditor's meeting, Mrs. Margaret H. McGee, Trial Attorney for the Office of the U.S. Trustee, informed the debtor that the Office of the U.S. Trustee will motion for dismissal for failure to provide documents and bad faith. Debtor does not believe there is basis for dismissal for bad faith. As to failure to provide documents, debtor either does not have the documents requested because they do not exist or debtor cannot obtain them. Debtor

will attempt to communicate with the Office of the U.S. Trustee to resolve any remaining issues raised by the Trustee.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

July 1, 2014
/S/ Mark Lapham
Proposed Attorney for Debtor

- 3