1  SCHEER LAW GROUP, LLP
   SPENCER P. SCHEER #107750
2  JOSHUA L. SCHEER #242722
   REILLY D. WILKINSON #250086
3  JONATHAN SEIGEL #168224
   155 N. Redwood Drive, Suite 100
4  San Rafael, CA  94903
   Telephone:  (415) 491-8900
5  Facsimile:  (415) 491-8910
   C.108-037S
6
7  Attorneys for COURNALE & CO. as servicing agent for C. COURNALE & CO., INC., A CALIFORNIA CORPORATION, AS TO AN UNDIVIDED 125,000/250,000 INTEREST; KYUNG S. CROSSON, A WIDOW, AS TO AN UNDIVIDED 25,000/250,0000 INTEREST; GENIE A.V. CHURCHILL, TRUSTEE OF THE G. CHURCHILL 1997 TRUST, UTA DATED AUGUST 11, 1997, AS TO AN UNDIVIDED 25,000/250,000 INTEREST; RONALD E. BLUM AND MARY C. MENDOZA, HUSBAND AND WIFE, AS JOINT TENANTS, AS TO AN UNDIVIDED 50,000/250,000 INTEREST; MARY L. REINTGES, A MARRIED WOMAN, AS HER SOLE & SEPARATE PROPERTY, AS TO AN UNDIVIDED 25,000/250,000 INTEREST, their successors and/or assignees

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | Bk. No. 14-42286-WJL |
| 818 GREEN STREET, LLC, | Chapter 11 |
| Debtor. | **REQUEST FOR SPECIAL NOTICE** |

Attorneys for COURNALE & CO. as servicing agent for C. COURNALE & CO., INC., A CALIFORNIA CORPORATION, AS TO AN UNDIVIDED 125,000/250,000 INTEREST; KYUNG S. CROSSON, A WIDOW, AS TO AN UNDIVIDED 25,000/250,0000 INTEREST; GENIE A.V. CHURCHILL, TRUSTEE OF THE G. CHURCHILL 1997 TRUST, UTA DATED AUGUST 11, 1997, AS TO AN UNDIVIDED 25,000/250,000 INTEREST; RONALD E. BLUM AND MARY C. MENDOZA, HUSBAND AND WIFE, AS JOINT TENANTS, AS TO AN UNDIVIDED 50,000/250,000 INTEREST; MARY L. REINTGES, A MARRIED

WOMAN, AS HER SOLE & SEPARATE PROPERTY, AS TO AN UNDIVIDED 25,000/250,000 INTEREST, their successors and/or assignees ("**COURNALE & CO.**") requests that it be served with a copy of all notices required to be mailed to any creditor, equity security holder, or indenture trustee, in accordance with the provision of Rule 2002 (in its entirety) at the following address:

>COURNALE & CO.
>c/o SCHEER LAW GROUP, LLP
>155 N. Redwood Drive, Suite 100
>San Rafael, California 94903
>
>SCHEER LAW GROUP, LLP

DATED: July 10, 2014 /s/ Joshua L. Scheer_____
#242722