Entered on Docket
August 11, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



TRACY HOPE DAVIS
United States Trustee for Region 17
U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5231
Email: maggie.mcgee@usdoj.gov
Telephone: (510) 637-3200
By: MARGARET H. MCGEE (SBN 142722)
     Trial Attorney

The following constitutes the order of the court.
Signed August 8, 2014

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>818 GREEN STREET, LLC<br><br><br><br>                      Debtor(s) | Case No. 14-42286 WJL<br><br>Chapter 7<br><br>ORDER CONVERTING CASE TO ONE UNDER CHAPTER 7<br><br>Time: 10:30 a.m.<br>Date: August 6, 2014<br>Place: Room 220, 1300 Clay St., Oakland, Ca. 94612 |

     Tracy Hope Davis, U.S. Trustee for Region 17 (the "U.S. Trustee") having filed a Motion to Convert the above-captioned case, a hearing having been held at the above time, date and location, Mark Lapham having appeared on behalf of the Debtor, Maggie McGee having appeared on behalf of the United States Trustee, other appearances having been noted for the record, and it having been established that good cause exists for the conversion of the above-captioned case and for the reasons stated on the record; it is hereby

     ORDERED that this case is **CONVERTED** to a case under Chapter 7.

***************END OF ORDER***************

Court's Service List

(ecf service subscribers)

818 Green Street LLC
2004 West Lagoon Road
Pleasanton, Ca. 94566

Martin Eng
818 Green Street
San Francisco, CA. 94133-3717