# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−4 | User: tleyba | | Date Created: 8/11/2014 |
| Case: 14−42286 | Form ID: B9B | | Total: 30 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | 818 Green Street LLC | 2004 West Lagoon Rd. | Pleasanton, CA 94566 |
| ust | Office of the U.S. Trustee/Oak | Office of the U.S. Trustee | 1301 Clay St. #690N    Oakland, CA 94612 |
| cr | JPMorgan Chase Bank, National Association, its assignees and/or successors    c/o McCarthy &Holthus, LLP    1770 Fourth Avenue    San Diego, CA 92101 | | |
| cr | Cournale &Co., et al.    c/o Scheer Law Group, LLP    155 N. Redwood Drive, #100    San Rafael, CA 94903 | | |
| tr | John Kendall    945 Morning Star Dr.    Sonora, CA 95370 | | |
| aty | Joshua Scheer    Scheer Law Group    155 N Redwood Dr. #100    San Rafael, CA 94903 | | |
| aty | Kristin A. Zilberstein    McCarthy and Holthus, LLP    1770 4th Ave.    San Diego, CA 92101 | | |
| aty | Margaret H. McGee    Office of the U.S. Trustee    1301 Clay St. #690N    Oakland, CA 94612−5217 | | |
| aty | Mark W. Lapham    Law Offices of Mark W. Lapham    751 Diablo Rd.    Danville, CA 94526 | | |
| smg | Labor Commissioner    1515 Clay St.    Room 801    Oakland, CA 94612 | | |
| smg | State Board of Equalization    Collection Dept.    P.O. Box 942879    Sacramento, CA 94279 | | |
| smg | CA Employment Development Dept.    Bankruptcy Group MIC 92E    P.O. Box 826880    Sacramento, CA 94280−0001 | | |
| smg | CA Franchise Tax Board    Special Procedures Bankruptcy Unit    P.O. Box 2952    Sacramento, CA 95812−2952 | | |
| 13715963 | ASIANS.COM REALTY    801 KEARNY STREET    SAN FRANCISCO, CA 94108 | | |
| 13780043 | Asians.com Realty    818 Green Street    San Francisco, CA 94133 | | |
| 13715964 | CHASE BANK    C/O QUALITY LOAN SERVICE CORP    2141 5TH AVE    SAN DIEGO, CA 92101 | | |
| 13715965 | CHEUK TIN YAN    1433 7TH AVE    SAN FRANCISCO, CA 94122 | | |
| 13715966 | COURNALE &CO    4630 GEARY BLVD    SAN FRANCISCO, CA 94118 | | |
| 13715967 | EMPLOYMENT DEVELOPMENT DEPARTMENT    STATE OF CALIFORNIA    PO BOX 826218    SACRAMENTO CA 94230−6218 | | |
| 13729596 | FRANCHISE TAX BOARD    BANKRUPTCY SECTION MS A340    PO BOX 2952    SACRAMENTO CA 95812−2952 | | |
| 13715968 | Franchise Tax Board    Bankruptcy Unit    P.O. Box 2952    Sacramento, CA 95812−2952 | | |
| 13715969 | Internal Revenue Service    Special Procedures Section    1301 Clay Street, Stop 1400S    Oakland, CA 94612−5210 | | |
| 13780072 | Joanne Eng    818 Green St.    San Francisco CA 94133 | | |
| 13780070 | Martin Eng    820 Green St.    San Francisco, CA 94133 | | |
| 13779989 | One Stop Delivery, Inc.    820 Green St.    San Francisco, CA 94133 | | |
| 13780045 | PC ASSOCIATES    1225 Kirkham Street    San Francisco, CA 94122 | | |
| 13715971 | STEPHEN &HELENA LEUNG    693 25TH AVE.    SAN FRANCISCO, CA 94121 | | |
| 13715970 | State Board of Equalization    Account &Analysis &Control Section    P.O. Box 942879    Sacramento, CA 94279−0029 | | |
| 13715972 | WAYNE ENG    9081 WEST SAHARA AVE, #100    LAS VEGAS, NV 89117 | | |
| 13780020 | Wayne Eng    820 Green St.    San Francisco, CA 94133 | | |

TOTAL: 30