Form NPD

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: 818 Green Street LLC | Case No.: 14–42286 WJL 7 |
|---|---|
| Debtor(s) | Chapter: 7 |

## NOTICE OF POSSIBLE DIVIDEND

TO THE DEBTOR AND ALL INTERESTED PARTIES:

Notice is given that the notice of meeting of creditors advised you that there were no assets in this case. It now appears that a payment of a dividend may be possible.

**Pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(5), creditors may file proofs of claim on or before 12/19/14.**

A proof of claim form, in blank with instructions for completion, is available from the Court at the address listed below, or online at: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx .

In order to receive a copy of your proof of claim you must:

1. Enclose with your proof of claim one (1) original and one (1) copy of your proof of claim.

2. You must also enclose a self–addressed, postage paid envelope large enough to accommodate your conformed copy of the claim.

3. Please sign and print or type your name clearly underneath your signature.

Unless all of the above steps are completed, no return conformed copy of your claim will be sent out.

NO FEE FOR FILING CLAIMS

MAIL CLAIMS TO:

U.S. Bankruptcy Court
1300 Clay Street #300 (94612)
Post Office Box 2070
Oakland, CA 94604–2070


Dated: 9/18/14                   For the Court:

                                 Edward J. Emmons
                                 Clerk of Court
                                 United States Bankruptcy Court

Doc # 55