Form NTCPOC

# UNITED STATES BANKRUPTCY COURT
### Northern District of California

| In Re: 818 Green Street LLC | Case No.: 14–42286 WJL 7 |
|---|---|
| Debtor(s) | Chapter: 7 |

## NOTICE OF PROOF OF CLAIM FILED PURSUANT TO BANKRUPTCY RULE 3004

The debtor or trustee for the above–captioned case filed the following proof of claim on behalf of the creditor stated below.

Date filed: 9/30/14

Claim Number: 9

Creditor: Office of the United States Trustee

Dated: 10/1/14     For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court