STEPHEN S. LEUNG AND HELENA S. LEUNG
TRUSTEES OF THE LEUNG 2000 TRUST
693 25TH AVENUE
SAN FRANCISCO, CA 94121
(415) 387-7123
sleung1950@yahoo.com
Claimants in Pro Se



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CLAIFORNIA
OAKLAND DIVISION

IN RE:

818 GREEN STREET LLC,

    Debtor,

Case No.: 14-42286 WJL 7
Chapter 7 (Converted August 8, 2014)

RESPONSE TO OBJECTION TO CLAIM OF STEPHEN S. LEUNG AND HELENA S. LEUNG, TRUSTEES OF THE LEUNG 2000 TRUST

(CLAIM NO. 8)

1. The above claimants submitted proof of claim with supporting documents on September 29, 2014. The Plaintiff Martin Eng requested creditors/claimants to carry a loan and offered to sign a note agreeing to pay the interest rate of 13% on the loan and a late fee of $75 after the sale of a property. A short form Deed of Trust and Assignment of Rents was recorded against the property located at 818 Green Street, San Francisco, CA. The obligation under the note is in default as of February 2008, for failure to make payment to claimants. Martin Eng is justly and truly indebted to claimants.

2. California Constitution Article XV Section 1 limits the interest rate charged on loans for real property at 10%. There are, however, numerous exceptions to this rule. Of particular importance, pursuant to California Civil Code Section 1916.1, "[t]he restrictions upon rates of interest contained in Section 1 of Article XV of the California Constitutional shall not apply to any loan or forbearance made or arranged by any person licensed as a real estate broker by the State of California, and secured, directly or collaterally, in whole or in part by liens on real property." The real estate transaction and the loan interest rate between Martin Eng and the claimants were

1
RESPONSE TO OBJECTION TO CLAIM

conducted by our dual licensed real estate broker Peter Chan of RE/MAX. Peter Chan is currently with BMC Real Estate. His license number is 01160154. Thus the interest rate on the loan agreed by all parties is legitimate.

3. The objection filed by the attorney for the debtor is invalid with a wrong date of 8/14/2014 and without reasonable grounds. The claimants therefore request that their proof of claim is allowed as it is a proper and legal claim.

Dated this 22nd day of October, 2014.

*[signature: Stephen S. Leung]*
STEPHEN S. LEUNG
Trustee of STEPHEN S. LEUNG AND HELENA S. LEUNG 2000 TRUST

RESPONSE TO OBJECTION TO CLAIM

2