Mark Lapham (SBN 146352)
751 Diablo Rd.
Danville, CA 94526
Phone 925-837-9007

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

IN RE:

**818 GREEN STREET LLC,**
       Debtor.

Case No.: 14-42286 WJL 7
Chapter 7 (Converted August 8, 2014)

**WITHDRAWAL OF CLAIM #10**

**( Claim #10 filed on 12/12/2014)**

Claimant CHEUK TIN YAN filed claim #10 on 12/12/2014. Claimant hereby withdraws this claim without prejudice.

Dated: December 13, 2014

/s/Mark Lapham

Specially for claimaint

- 1 -