Mark Lapham (SBN 146352)
751 Diablo Rd.
Danville, CA 94526
Phone 925-837-9007

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| IN RE:<br><br>**818 GREEN STREET LLC,**<br>Debtor. | Case No.: 14-42286 WJL 7<br>Chapter 7 (Converted August 8, 2014)<br><br>**WITHDRAWAL OF CLAIM #11**<br><br>**( Claim #11 filed on 12/12/2014)** |

Claimant CHEUK TIN YAN filed claim #11 on 12/12/2014. Claimant hereby withdraws this claim without prejudice.


Dated: December 13, 2014

/s/Mark Lapham

Specially for claimaint

- 1